1 STEVEN G. ROSALES
ATTORNEY AT LAW 222224
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA  90670-4712

4 TEL: 562/868-5886
FAX:  562/868-5491
5 E-MAIL: steven_rohlfinglaw@hotmail.com

6 Attorney for plaintiff

7
**UNITED STATES DISTRICT COURT**
8
**CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 ANTHONY CORRIOLS,                )   Case No.:  CV  07-7409 VBK
                                    )
        Plaintiff,                  )   ORDER
12      vs.                         )
                                    )
13 MICHAEL J. ASTRUE, Commissioner  )
   Social Security,                 )
14                                  )
        Defendant                   )
15 _____  )

16

17     TO THE HONORABLE VICTOR B. KENTON, MAGISTRATE JUDGE

18 OF THE DISTRICT COURT:

19     IT IS HEREBY ORDERED, based on the stipulation by and between the

20 parties, through their respective counsel, that the court dismisses the above matter

21 without prejudice. Each side to bear her own costs and expenses, including but not

22 limited to attorney's fees.

23     IT IS SO ORDERED.

24 DATE:August 13, 2008

25                           _____/s/_____
                             THE HONORABLE VICTOR B. KENTON
26                           UNITED STATES MAGISTRATE JUDGE

-1-